In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Real Property for Opening and Extending Northern Boulevard in the Borough of Queens.

DOOLEY-STAPLETON HOLDING CORPORATION, Appellant; THOMAS CAVANAGH et al., Respondents.

(Argued March 21, 1934; decided April 17, 1934.)

*Percival E. Jackson, Clinton T. Roe, Charles P. Kramer, Theodore N. Tarlau* and *John P. Mc Kenna* for appellant.

*Henry Herz* and *Isaac E. Bermant* for Thomas Cavanagh et al., respondents.

*Paul Windels, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for The City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.